## Case No. 12,378.

### Ex parte SAUNDERSON.

[1 Cranch, C. C. 219.] [1]

Circuit Court, District of Columbia. Dec. Term, 1804.

ALIENS—NATURALIZATION—RESIDENCE.

To entitle an alien to be naturalized, his residence in the United States for five years must be a continued residence.

Application to be naturalized. Affidavit of William Hodgson, that James Saunderson came to this country in October, 1797, and continued to reside here until 1800, when he went to England, and returned in April, 1801. In the fall of 1801, he went to England again, and returned in 1802; that he had since continued to reside in Alexandria.

THE COURT refused to admit him, because he had not continued to reside, according to the act of 1804 (2 Stat. 192), and had not made a previous declaration of his intent according to the act of 1802 (2 Stat. 153).